```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19471
   DAVID L RENK
   VICTORIA C RENK                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-7808      SSN XXX-XX-6708

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/20/07 .

     2.  The case was converted to Chapter 7 without confirmation, 11/16/2007.

----------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
----------------------------------------------------------------------
THE CIT GROUP CONSUMER F  CURRENT MORTG           .00              .00              .00
BAXTER CREDIT UNION       SECURED VEHIC           .00              .00              .00
FIFTH THIRD BANK          SECURED VEHIC           .00              .00              .00
HEATHER RIDGE UMBRELLA A  SECURED                 .00              .00              .00
WESTGATE RESORTS CENTER   UNSECURED        NOT FILED              .00              .00
FIA CARD SERVICES         UNSECURED        NOT FILED              .00              .00
HSBC                      UNSECURED        NOT FILED              .00              .00
HSBC                      UNSECURED        NOT FILED              .00              .00
DELL FINANCIAL            UNSECURED        NOT FILED              .00              .00
DISCOVER BANK             UNSECURED        NOT FILED              .00              .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00           .00             .00
PRINCIPAL PAID          .00         .00          .00           .00             .00
INTEREST PAID           .00         .00          .00           .00             .00
TOTAL PAID              .00         .00          .00           .00             .00
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/12/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 19471 DAVID L RENK & VICTORIA C RENK
```